UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BOLLINGER AMELIA REPAIR, LLC** and **BOLLINGER ALGIERS, LLC** | * * * | **CIVIL ACTION NO.** |
| **versus** | * * | **SECTION JUDGE** |
| **BOUCHARD TRANSPORTATION CO., INC.,** *in personam,* **BARGE B NO. 240,** *in rem,* **B NO. 240 CORP.,** *in personam,* **BARGE B NO. 275,** *in rem,* **B NO. 275 Corp.,** *in personam,* **BARGE B NO. 235,** *in rem,* **B NO. 235 CORP.,** *in personam,* **M/V RALPH E. BOUCHARD,** *in rem***, and TUG RALPH E. BOUCHARD CORP.,** *in personam* | * * * * * * * * * | **DIVISION** **MAGISTRATE JUDGE** |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Bollinger Amelia Repair, LLC and Bollinger Algiers, LLC (collectively, "Bollinger"), who file this Complaint against Defendants, Bouchard Transportation Co., Inc. ("Bouchard"), *in personam*, Barge B NO. 240, *in rem*, B NO. 240 Corp., *in personam,* Barge B NO. 275, *in rem*, B NO. 275 Corp., *in personam,* Barge B NO. 235, *in rem*, B NO. 235 Corp., *in personam,* the M/V RALPH E. BOUCHARD, *in rem,* and Tug Ralph E. Bouchard Corp., *in personam* (collectively, "Defendants"), and in support thereof respectfully aver as follows:

1.

This is an admiralty and maritime claim for vessel repair services within the jurisdiction of the United States and of this Honorable Court, and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.

Bollinger Amelia Repair, LLC is a Louisiana limited liability company with its domicile address in Lockport, Louisiana, and is authorized to do and doing business within the State of Louisiana and the jurisdiction of this Honorable Court.

3.

Bollinger Algiers, LLC is a Louisiana limited company with its domicile address in Lockport, Louisiana, and is authorized to do and doing business within the State of Louisiana and the jurisdiction of this Honorable Court.

4.

Bouchard Transportation Co., Inc. is a New York corporation with a mailing address of 58 S. Service Rd. #150, Melville, New York 11747, and is doing business in the State of Louisiana. Bouchard operates vessels which call on ports on the Gulf Coast and within the jurisdiction of this Court. Bouchard also contracts for repair of vessels it operates in ports on the Gulf Coast and within the jurisdiction of this Court.

5.

The Barge B NO. 240 is an offshore oil barge bearing official number 998038. Upon information and belief Barge B NO. 240 is owned by B NO. 240 Corp., a New York corporation with a mailing address of 58 S. Service Rd. #150, Melville, New York 11747, and is operated by Bouchard Transportation Co., Inc.

6.

The Barge B NO. 275 is an offshore oil barge bearing official number 640436. Upon information and belief Barge B NO. 275 was owned by B NO. 275 Corp., a New York corporation with a mailing address of 58 S. Service Rd. #150, Melville, New York 11747, and at all material times, was operated by Bouchard Transportation Co., Inc.

7.

The Barge B NO. 235 is an offshore asphalt/black oil barge bearing official number 1031170. Upon information and belief Barge B NO. 235 is owned by B NO. 235 Corp., a New York corporation with a mailing address of 58 S. Service Rd. #150, Melville, New York 11747, and is operated by Bouchard Transportation Co., Inc.

8.

The M/V RALPH E. BOUCHARD is an offshore tug bearing official number 923248. Upon information and belief the M/V RALPH E. BOUCHARD is owned by Tug Ralph E. Bouchard, Inc., a New York corporation with a mailing address of 58 S. Service Rd. #150, Melville, New York 11747, and is operated by Bouchard Transportation Co., Inc.

9.

On or about October 2, 2018 and subsequent thereto, Bollinger Amelia Repair, LLC provided labor, material, and equipment to repair the Barge B NO. 240. On October 5, 2018, Bollinger Amelia Repair, LLC issued to Bouchard invoice 261810002 in the amount of $732,912, of which Bouchard paid $366,456; invoice 261810005 in the amount of $235,814.72, of which Bouchard paid $117,907; invoice 261810006 in the amount of $279,039.09, which Bouchard has failed to pay; invoice 261810012 in the amount of $217,100, of which Bouchard

has paid $108,500.00; and invoice 261810013 in the amount of $622,750, of which Bouchard has paid $375,000. The total remaining unpaid by Bouchard is $1,119,752.81. Copies of the aforesaid invoices are attached as Exhibit A, *in globo*. These invoices provide for interest at the rate of one percent per month, 12% annually, after 30 days.

10.

Bouchard Transportation Co., Inc., B NO. 240 Corp., and Barge B NO. 240, *in rem,* are liable *in solido* to Bollinger Amelia Repair, LLC for the unpaid balance for labor, material, and equipment to repair the Barge B NO. 240, plus interest.

11.

From around March 22, 2018 through May 16, 2018, Bollinger Amelia Repair, LLC provided labor, material, and equipment to repair the Barge B NO. 275. On March 22 2018, Bollinger Amelia Repair, LLC issued to Bouchard invoice 261803005 in the amount of $831,197; invoice 261803006 in the amount of $132,194.00; and invoice 261803007 in the amount of $133,725. On April 9, 2018, Bollinger Amelia Repair, LLC issued to Bouchard invoice 261804003 in the amount of $110,000. On April 30, 2018, Bollinger Amelia Repair, LLC issued to Bouchard invoice 261804012 in the amount of $1,250,000; invoice 261804013 in the amount of $635,000.00; and invoice 261804014 in the amount of $21,803. On May 15, 2018, Bollinger Amelia Repair, LLC issued to Bouchard invoice 261805010 in the amount of $3,250.00. On August 24, 2018, Bollinger Amelia Repair, LLC issued to Bouchard invoice 261808005 in the amount of $37,200.00. The total unpaid by Bouchard is $3,154,369. Copies of the aforesaid invoices are attached as Exhibit B, *in globo*. These invoices provide for interest at the rate of one percent per month, 12% annually, after 30 days.

12.

Bouchard Transportation Co., Inc., B NO. 275 Corp., and Barge B NO. 275, *in rem,* are liable *in solido* to Bollinger Amelia Repair, LLC for the unpaid balance for labor, material, and equipment to repair the Barge B NO. 275, plus interest.

13.

On or around April 18, 2017 and subsequent thereto, Bollinger Algiers, LLC furnished labor and material to repair an air cleaner of the Barge B NO. 235.  Bollinger Algiers, LLC issued to Bouchard invoice 221812001 in the amount of $3,400.00, which remains due and owing.  A copy of the aforesaid invoice is attached as Exhibit C.  This invoice provides for interest at the rate of one percent per month, 12% annually, after 30 days.

14.

Bouchard Transportation Co., Inc., B NO. 235 Corp., and Barge B NO. 235, *in rem,* are liable *in solido* to Bollinger Algiers, LLC for the unpaid balance for labor, material, and equipment to repair the Barge B NO. 235, plus interest.

15.

Around December 14, 2016 and April 18, 2017, Bollinger Algiers, LLC furnished labor and material to repair the M/V RALPH E. BOUCHARD.  Bollinger Algiers, LLC issued to Bouchard invoice 221609002D in the amount of $80,000.00 and invoice 221809010 in the amount of $18,632.00.  The total which remains due and owing is $98,632.00.  Copies of the aforesaid invoice are attached as Exhibit D, *in globo.*  Invoice 221609002D provides for interest at the rate of one and a half percent per month, 18% annually, after 30 days.  Invoice 221809010 provides for interest at the rate of one percent per month, 12% annually, after 30 days.

16.

Bouchard Transportation Co., Inc., Tug Ralph E. Bouchard, Inc., and the M/V RALPH E. BOUCHARD, *in rem,* are liable *in solido* to Bollinger Algiers, LLC for the unpaid balance for labor, material, and equipment to repair the M/V RALPH E. BOUCHARD, plus interest.

17.

Despite demand for payment for the work performed by Bollinger, Defendants have failed to pay in full the amounts owed on the attached invoices, Exhibits A through D, as well as all interest due.

18.

Bollinger seeks recovery from Defendants of all amounts owed plus interest as provided for in the invoices, Exhibits A through D, post-judgment interest, and costs.

**WHEREFORE**, the above premises considered, Plaintiffs, Bollinger Amelia Repair, LLC and Bollinger Algiers, LLC, pray:

1. That process in due form of law in a cause of admiralty and maritime jurisdiction be issued against the Barge B NO. 240, its tackle, apparel, etc., *in rem*, and that all persons having or claiming any interest in the said vessel be cited to appear and answer;

2. That said Barge B NO. 240 be condemned and sold to pay the amounts due Bollinger Amelia Repair, LLC, together with interest and costs;

3. That process in due form of law in a cause of admiralty and maritime jurisdiction be issued against the Barge B NO. 275, its tackle, apparel, etc., *in rem*, and that all persons having or claiming any interest in the said vessel be cited to appear and answer;

4. That said Barge B NO. 275 be condemned and sold to pay the amounts due Bollinger Amelia Repair, LLC, together with interest and costs;

5. That process in due form of law in a cause of admiralty and maritime jurisdiction be issued against the Barge B NO. 235, its tackle, apparel, etc., *in rem*, and that all persons having or claiming any interest in the said vessel be cited to appear and answer;

6. That said Barge B NO. 235 be condemned and sold to pay the amounts due Bollinger Algiers, LLC, together with interest and costs;

7. That process in due form of law in a cause of admiralty and maritime jurisdiction be issued against the M/V RALPH E. BOUCHARD, its engines, tackle, apparel, etc., *in rem*, and that all persons having or claiming any interest in the said vessel be cited to appear and answer;

8. That said M/V RALPH E. BOUCHARD be condemned and sold to pay the amounts due Bollinger Algiers, LLC, together with interest and costs;

9. That process may be issued against Bouchard Transportation Co., Inc., *in personam*, and that it be adjudged liable to Plaintiffs in the amounts owed Plaintiffs, with interest and costs;

10. That process may be issued against B NO. 240 Corp., *in personam*, and that it be adjudged liable to Plaintiffs in the amounts owed Plaintiffs, with interest and costs.

11. That process may be issued against B NO. 275 Corp., *in personam*, and that it be adjudged liable to Plaintiffs in the amounts owed Plaintiffs, with interest and costs.

12. That process may be issued against B NO. 235 Corp., *in personam*, and that it be adjudged liable to Plaintiffs in the amounts owed Plaintiffs, with interest and costs.

13. That process may be issued against Tug Ralph E. Bouchard, Inc., *in personam*, and that it be adjudged liable to Plaintiffs in the amounts owed Plaintiffs, with interest and costs.

14. That Plaintiffs' Complaint be deemed good and sufficient and that after due proceedings had, there be judgment in favor of Plaintiffs and against the Defendants, *in solido*, in the amounts prayed, with interest and costs;

15. That Plaintiffs shall have such other and further relief as is just and equitable under the circumstances.

> Respectfully submitted,
>
> **ADAMS AND REESE LLP**
>
> *s/ Charles A. Cerise, Jr.*
> **James T. Rogers III (#21845)**
> **Charles A. Cerise, Jr. (#1755)**
> jim.rogers@arlaw.com
> charles.cerise@arlaw.com
> 701 Poydras Street, Suite 4500
> New Orleans, LA  70139
> Telephone:  (504) 581-3234
> *Attorneys for Bollinger Amelia Repair, LLC and Bollinger Algiers, LLC*

**PLEASE WITHHOLD IN REM SERVICE AT THIS TIME**