UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BOLLINGER AMELIA REPAIR, LLC and** | * CIVIL ACTION NO. |
| **BOLLINGER ALGIERS, LLC** | * 2:19-CV-13145 |
| | * |
| **versus** | * SECTION T |
| | * |
| **BOUCHARD TRANSPORTATION CO.,** | * JUDGE GUIDRY |
| **INC.,** *in personam,* **BARGE B NO. 240,** *in rem,* | * |
| **B NO. 240 CORP.,** *in personam,* | * |
| **BARGE B NO. 275,** *in rem,* | * |
| **B NO. 275 Corp.,** *in personam,* | * DIVISION 3 |
| **BARGE B NO. 235,** *in rem,* **B NO. 235** | * |
| **CORP.,** *in personam,* **M/V RALPH E.** | * MAG. JUDGE DOUGLAS |
| **BOUCHARD,** *in rem***, and TUG RALPH E.** | * |
| **BOUCHARD CORP.,** *in personam* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING ON MOTION FOR CONTEMPT FOR FAILURE TO COMPLY WITH DISCOVERY ORDER AND FOR SANCTIONS

MAY IT PLEASE THE COURT:

      Bollinger Amelia Repair, LLC and Bollinger Algiers, LLC (collectively, "Bollinger") respectfully move the Court for an expedited hearing on their motion to hold defendant, Bouchard Transportation Co., Inc. ("Bouchard"), in contempt for failing to respond to the interrogatories and request for production of documents propounded by Bollinger and for sanctions against Bouchard.

- 2 -

On April 24, the Court granted extensions to the deadlines of the scheduling order in this case (Rec. Doc. 34). Over three weeks of the extended deadlines have passed while Bollinger has waited for Bouchard to respond to written discovery, and Bouchard has failed to do so. Bollinger's expert report deadline is June 30. The fact discovery deadline is July 30. Bollinger is running out of time while Bouchard delays.

For the foregoing reasons, Bollinger respectfully requests an expedited hearing on its motion to hold Bouchard in contempt and for sanctions.

Respectfully submitted,

**ADAMS AND REESE LLP**

*s/ Charles A. Cerise, Jr.*
**James T. Rogers III (#21845)**
**Charles A. Cerise, Jr. (#1755)**
jim.rogers@arlaw.com
charles.cerise@arlaw.com
701 Poydras Street, Suite 4500
New Orleans, LA  70139
Telephone:  (504) 581-3234
*Attorneys for Bollinger Amelia Repair, LLC and Bollinger Algiers, LLC*