## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BOLLINGER AMELIA REPAIR, LLC and BOLLINGER ALGIERS, LLC** | * * * | **CIVIL ACTION NO. 2:19-CV-13145** |
| **Plaintiffs,** | * * | |
| **vs.** | * * | **SECTION "T"** |
| | * | |
| **BOUCHARD TRANSPORTATION CO., INC.,** *in personam,* **BARGE B NO. 240,** *in rem,* **B NO. 240 CORP.,** *in personam,* **BARGE B NO. 275,** *in rem,* **B NO. 275 CORP.,** *in personam,* **BARGE B NO. 235,** *in rem,* **B NO. 235 CORP.,** *in personam,* **M/V RALPH E. BOUCHARD,** *in rem,* and **TUG RALPH E. BOUCHARD CORP.,** *in personam* | * * * * * * * * * | **JUDGE GREG G. GUIDRY** <br><br> **DIVISION "3"** <br><br> **MAGISTRATE JUDGE DANA M. DOUGLAS** |
| **Defendants.** | * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>MEMORANDUM IN RESPONSE TO DEFENDANTS' *EX PARTE* MOTION TO WITHDRAW COUNSEL OF RECORD AND REQUEST FOR TELEPHONE STATUS CONFERENCE</u>

Bollinger Amelia Repair, LLC and Bollinger Algiers, LLC (collectively, "Bollinger") respectfully submit this memorandum in response to the *ex parte* motion to allow defense counsel to withdraw from this case (Rec. Doc. 77) and request for a telephone status conference with the Court. Trial of this case is scheduled for Monday, August 31, one business day from today's date.

Bollinger notes this is the second group of counsel for Defendants who have moved to withdraw from this case. Defendants' first group of attorneys moved to withdraw on June 10 (Rec. Doc. 46), and their motion was granted on June 19 (Rec. Doc.

1

47). Current counsel for Defendants moved to enroll on July 13 (Rec. Doc. 50), and their motion was granted on July 16 (Rec. Doc. 53). As noted by this Court on June 19 (Rec. Doc. 47), corporate entities "must have counsel to represent [their] interests in federal court litigation." *Southwest Express Co., Inc. v. Interstate Commerce Commission,* 670 F.2d 53, 55 (5th Cir. 1982).

Like Defendants' first counsel, current counsel's motion to withdraw is based on Rule 1.16(b) of the Louisiana Rules of Professional Conduct. Rule 1.16(b) provides seven reasons an attorney may withdraw from representation.

Generally, an attorney is not permitted to withdraw from representation on the eve of trial when the reason for withdrawal is non-payment for services. To the extent Defendants' motion relates to non-payment of counsel, Bollinger objects. In addition to the time and expense incurred by the Court, Bollinger has incurred time and expense preparing this case for trial and participating in lengthy settlement discussions. Delaying the trial date delays judgment for Bollinger in this case, where the claim is Bouchard Transportation Co., Inc. has failed to pay invoices and interest exceeding $5.4 million. The prejudice to Bollinger outweighs any argument that Defendants are failing to pay counsel.

Because the motion to withdraw simply cites Rule 1.16(b) and because ethical considerations preclude counsel from being more specific, Bollinger is unable to respond to any other reason in the rule, e.g., the crime/fraud reason, where withdrawal may be necessary. For this reason, Bollinger relies upon the judgment of the Court, simply notes the obvious prejudice that Bollinger will suffer due to a continuance of trial, and refers the Court to ABA Formal Opinion 476, copy attached as Exhibit 1.

Bollinger respectfully requests a telephone conference with the Court to allow further argument on Defendants' motion.

**Respectfully Submitted:**

**ADAMS AND REESE LLP**

/s/ Charles A. Cerise, Jr.
James T. Rogers III (#21845)
Charles A. Cerise, Jr. (#1755)
Matthew C. Guy (#31182)
Luke G. LaHaye (#33756)
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone:  (504) 581-3234
Fax: (504) 566-0210
Jim.rogers@arlaw.com
Charlie.Cerise@arlaw.com
Matt.Guy@arlaw.com
Luke.Lahaye@arlaw.com
***Attorneys for Bollinger Amelia Repair, LLC and Bollinger Algiers, LLC***