UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOLLINGER AMELIA REPAIR, L.L.C., et al. | CIVIL ACTION |
| VERSUS | NO: 19-13145 |
| BOUCHARD TRANSPORTATION CO., INC., et al. | SECTION: T (3) |

# ORDER

Before the Court is an *Ex Parte* Motion to Withdraw as Counsel of Record filed by Joshua S. Force, Kevin M. McGlone, Tyler M. Deagano, Josie N. Serigne, and the law firm of Sher Garner Cahill Richter Klein & Hilbert, L.L.C. (collectively "Sher Garner"),[1] who seek to be permitted to withdraw as counsel of record for Defendants Bouchard Transportation Co. Inc., *in personam*, B. No. 240 Corp., *in personam*, B. No. 275 Corp., *in personam*, B. No. 235 Corp., *in personam*, and Tug Ralph E. Bouchard Corp., *in personam*. Plaintiffs Bollinger Amelia Repair, LLC and Bollinger Algiers, LLC have filed a response in opposition.[2] The Court heard oral argument on the motion on August 28, 2020, by video proceeding.

The Court notes that this is the second time Defendants have had their counsel seek to withdraw as counsel of record.[3] The Court granted the first motion to withdraw and allowed Defendants thirty days in which to retain new counsel, but the Court advised Defendants that failure to retain new counsel could result in default against them.[4] Defendants retained new

---

[1] R. Doc. 77.
[2] R. Doc. 78.
[3] R. Doc. 46.
[4] R. Doc. 47.

1

counsel, and the matter proceeded until today, the effective eve of trial set for Monday, August 31, 2020, when Defendants' second team of counsel moved to withdraw as counsel of record. After considering the motion, response, and arguments of counsel, the Court finds good cause to grant the Motion to Withdraw. Accordingly,

**IT IS ORDERED** that the Motion to Withdraw[5] is GRANTED.

**IT IS FURTHER ORDERED** that Defendants are granted until September 7, 2020, to enroll new counsel. Defendant corporations are warned once again that a corporate entity must have counsel to represent its interests in federal court litigation if it wishes to proceed further in this action. *Southwest Express Co., Inc. v. Interstate Commerce Commission*, 670 F.2d 53, 55 (5th Cir. 1982); *see also Sermor, Inc. v. U. S.*, 13 Cl.Ct. 1, 5-6 (1987) (failure of a corporate party to secure counsel may lead to default or dismissal against the corporation).

**IT IS FURTHER ORDERED** that the bench trial set for August 31, 2020, is hereby continued to **Monday, September 21, 2020, at 9:30 a.m.** No further continuances of trial will be granted absent good cause shown therefor.

New Orleans, Louisiana, this 28th day of August 2020.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

**Clerk to Notify by Email and Certified Mail:**

**Mr. Morton S. Bouchard III**
58 South Service Road, Ste. 150
Melville, NY 11757
(516) 721-7522
MSB111@bouchardtransport.com

---

[5] R. Doc. 77.